## WHITE Lives Matter Also!

M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2021 DEC 20  A II: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Brent William Jacoby, AIS 291560 )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
Warden McCoy, Cpt Gordy, )
Sgt Boyd, Ms Johnson, DR. )
Ferrell, ms Chapman, ms )
Blackman, Christy Vincent )
Ms. Jane Doe. )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 2:21-cv-00723-WHA-SMD
(To be supplied by Clerk of U.S. District
Court)

AMENDED COMPLAINT

Imminent Danger Claim

Jury Trial Demanded
please!

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒
    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☒  NO ☐
    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
        1.  Parties to this previous lawsuit:
            Plaintiff(s) Brent Jacoby
            
            Defendant(s) officer Canier, Cpt mckee, officer clay et. al,
        2.  Court (if federal court, name the district; if state court, name the county)
            United States middle District Court of Alabama

See Back for previous lawsuit

#2) Brent William Jacoby
v
Warden Cargle, et.al.,
2:21-cv-344

Charles S. Coody
Still pending
May 2021 I Filed
dont know when it will End.

3. Docket number _2:19-1067_

4. Name of judge to whom case was assigned _Charles S. Coody_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Still pending_

6. Approximate date of filing lawsuit _Feb. 2019_

7. Approximate date of disposition _Sometime in 2022_

II. PLACE OF PRESENT CONFINEMENT _Easterling_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| | | Easterling Corr. Fac. |
| 1. | Warden McCoy | 200 Wallace Drive |
| 2. | Cpt Coordy | Clio Alabama 36017 |
| 3. | Sgt Boyd | |
| 4. | Dr. Ferrell | |
| 5. | Nurse Blackmon | |
| 6. | Ms. Chapman | |
| 7. | Ms. Jane Doe   8 Christy Vincent | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _See Attached Claims_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Retaliatory Conduct for Filing P.R.E.A. Complaints, 1983 suits and I&I Complaints._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the
time, place and manner and person involved.)

See Attached Claims

GROUND TWO: Failure to Protect

SUPPORTING FACTS: See Attached Claims

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

ORDER TriAl by Jury and or Settle my CAse out
through mediation for $100,000 cgainst all defendants
In thier Individual CApacities for punitive Damager
Jointly and Severally, Release me from Prison andor
Transfer me to a Work Release Center because my
Life is still In Imminent DAnger.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct. Unless its based on
InFormation and Belief. I Realledge my whole 1983 Action or
Executed on _____ 12-6-2021          my sworn Declaration
                        (Date)

_____
Signature of plaintiff(s)

Certificate of Service.

I  Brent Jacoby did on this 6th dAy
of December 2021 MAIl a copy of a
Amended Imminent DAnger Claim to U.S.m.D.c.
I Church St. Suite B-110 montgomery Al 36104
By Prison MAIl to be Sent by U.S. postal
Service.

Pg1

## ✗ Claim #1 ✗

Retaliatory Conduct for filing Prison Rape elimination Act "PREA" complaints And 1983 Civil Rights lawsuits Violated my 8th Amendman Rights under the United STATES Constitution to be free from Cruel and unusual punishment.

#1) Ever since I came to Easterling Correctional Facility Ms Johnson has normally been assigned to E-2 Dorm on a Regular Routine Basis.

#2) She is a RACIST and discriminates against the white Inmates and gay Inmates including myself by not allowing me and or us to violate the Rules by coming into her Dorm if we and or I am not assigned to her dorm.

#3) This is my 2nd time at Easterling prison, I was here last year in 2020, I transfered in 2021 and came back in 2021 for some Reason unknown to me.

#4) This is a Sex offender prison and medical prison for inmates with Hepatitus and H.I.V/AIDS.

#5) I'm not a Sex offender and I didn't come to prison with Hepatitus and H.I.V/AIDS

pg2



#6) On or about October 9 2021 at about 7:00-9:00 AM on a Saturday morning Ms. Johnson was working C-2 Dorm and I kept trying to go out the door but she would not let me.

#7) The Yard was open to play ball, lift weights, excercise and catch the snack line but she would not let me out the door even though the door kept opening up for others to go outside.

#8) I told her I wanted to see a Supervisor and or a Shift commander. She, Ms. Johnson said I'm not calling anyone for your "Faggott ASS" and to sit my "stupid Gay ass down Somewhere". I Told her to get the PREA Compliance manager cause I was gonna file a complaint on her. She laughed at me and said she was gonna "Fix my Cracker ASS..." (divs)

#9) I picked up the wall phone about 9:00 Am on Saturday morning october 9th 2021 at the front of C-2 dorm right underneath the camera on the Ceiling and pushed *6611 and made a P.R.E.A- complaint on ms Johnson for using Racist, Discriminating Derogatory words towards me and threatening me. I made Roughly 3 seperate Calls In a 15 minute period or so fileing PREA complaint (x28)

#10) Sgt Boyd popped up about 10 minutes later while I was on the phone Recording my PREA complaints and opened up the C-2 Front Door and looked Right at

me and started laughing at me. He shouted out to the Whole Doem "I dont care what you all do to Jacoby Just dont Kill Him" and slamed the door back shut again on me as I was telling to tell him what was going on between Ms Johnson and I

#11) Sgt Boyd was the shift Commander this day and acting Leiutenant

#12) The Cameras up in C-2 Lobby show him entering laughing with Ms Johnson and leaving the Dorm after he did and Said what he said. In Fact the Surveilance Cameras will show him Looking Right at me and saying this and laughing at me.

#13) Also the Lobby Cameras will show that Around 9:00-9:30 Am, Ms. Johnson letting a Inmate come in C-2 (who didnt even sleep in thier and was assigned to E-2) talk with ms. Johnson and she opening up the Front entrance door of E-2 So that he could start punching on me. I Dont know his Real name But he is assigned to B-25 Right now as I write this amended complaint and is still telling me heis gonna "stab me" and "kill me" if I dont Drop my P.R.E.A. complaint Tell Intelligence Investigation Division I lied on ms. Johnson and drop my lawsuits And Complaints.

#14) This Inmate is affiliated with the Gangster Disicles

as is inmate Antonio Williams. Antonio Williams is the other inmate in C-2 whom is seen on Camera slapping me ~~around~~ For ms. Johnson and seen laughing with ms. Johnson about me.

#15) I'M In B-3 Right now and can't Live in population becase A Hit is still on me and my Life is still in Imminent Danger. I'm not droping Anything. I want protective Custody becase I Fear for my safety and Wellbeing and need to be transfered to a Safer prison Like a level 2 Work Release, Hamilton A&I or Limestone somewhere or Released From Prison. My crimes Are non Violent, I dont have any Detainer on me anymore and I come up for parole in January 2022 sometime

#16) ms. Johnson watched me call P.R.E.A on her and listened to me call P.R.E.A on her the whole time From the cubicle

#17) On October 12, 2021 while on the yard a couple Inmate Gangsters approached me with Knives and said I needed to appologize to ms. Johnson for calling her a "Bitch" And Filing Complaints on her and that if I didnt they were gonna "stab me to the Floor"! One of the inmates was the same one who ms. Johnson Let in the door to get me on October 9th 2021. He is in B-25 now on this 16th day of December 2021 as I write this Amended complaint.

pg5

#18) I don't know this inmates name because no Investigation is being done to my knowledge.

#19) He kicked me in my ass Really hard and swung a knife at me as I Ran From them. His Friend tried to trip me and spit on me.

#20) While in the Shower inmate Jacobi Bean who was in C-2 with me told me to get out the shower and go applogize to ms. Johnson or they were gonna "Fuck me Around" So on Tuesday October 12 2021 I got out the Shower and said im sorry ms. Johnson. and threw my hands up in a I Surrender gesture. You can Clearly see this on Camera Sometime between 9:00 am and 12:00 pm

#21) I was scared for my life, safety and Well being and reported this on the P.R.E.A Hotline #, I wrote the Wardens of easterling ms McCoy and Crow complaints, I wrote medical and mental Health complaints documenting all of these Incidents on or About October 11th and 12, 2021 on Greivence Forms, Sick Cell forms, Request Slips and Hand Written Complaints

#22) I Also wrote the P.R.E.A. Compliance Manager of Easterling Lt. Gordy and The Director

Pg6

Christy Vincent. They both were deliberately indifferent to my Calls, letters, P.R.2A. Rights and 8th Amendment Rights under the United States Constitution to be free from Cruel and unusual punishment. because I never got Responded to, Got to do an Investigation nor seen them in person! I called the P.R.2A. Hotline at least 10 times pertaining to Ms. Johnson.

#23) On or About October 15th 2021 I seen mental Health Ms. Chapman, Dr. Ferrell and Jane Doe and Told them all I was scared for my Life, Safety and wellbeing and needed protective Custody because 2 of Captain Danzby Runners approached me at the Gym and the porch Around 12:00pm sometime and told me I needed to Drop my I&I complaints, grievances and some lawsuit I currently had pending and go apologize to Ms. Johnson or they will be to see me! Both these inmates told me a Hit was on my head and that I was gonna get stabbed "shot down" if I didn't say I lied on her.

#24) Chapman, Ferrell and Jane Doe said there was nothing they could do for me, This was not a Mental Health ISSUE, "couldnt protect me" and I needed to Report it to a D.O.C. official!

#25) Needless to say About 2 hours later on Friday October 15th 2021, I was chocked out From behind,

pg 7

had my shirt lifted over my head and stabed in my right hand as I blocked the knife From stabing me in the Face. I Recieved 2 gashes on the right side of my neck.

#26) Someone yelled officers are on the porch and I was slung to the ground. I got up and seen Blood all over me and went to Sgt Borders for help in Front of the Chow Hall: He seen me Bleeding From the 2-Lacerations on my Neck and my Right hand From the knife wounds and told me to go to medical.

#27) While at medical I was given a Body Chart, tetnus Shot and had my wounds cleaned up, Stitched up and Bandaged and Sent to lock up Afterwards in B-Dorm Pending Investigation and Protective Custody and put in B-7 cell with Stephen Woodall

#28) My Right hand where my pinky Is at hurts Really bad still to this day and I have Nerve Damage. I cant Bend it all the way closed into a Fist without my skin feeling like its being torn or Ripped open. I Still have nightmares, cold sweats and wake up screaming sometimes as I Relive these inmates trying to take my Life.

Pg.8

#29) OFFicer Johnson Did get mad at me for Calling
P.R.E.A. on her and Reporting her to the Warden
At Easterling, mental Health, medical and I̶n̶t̶e̶l̶l̶a̶g̶e̶n̶s̶e̶
Reporting her to I & I.

#30) Ms. Johnson did retaliate against me for punitive
Reasons wich served no penological Interests because
I Filed Prison RAPE Elimination Act Claims on
her by having Inmates assault me, threaten me with
Knives, Attack me with A Knife And making me appologize
to her and threaten to Kill me if I did not say I
Lied on her and dismiss my complaints and some
Lawsuit I have pending. Because of all these
said Acts of wanton, Malicious behavior and her
Retaliatory conduct being intentional she was deliberately
Indifferent towards my safety Health, Wellbeing
and most importantly my 8th Amendment Right
under the United States Constitution to be free from
Cruel and unusual punishment.

#31) She put my Life in Danger and it is still in
Imminent Danger because im Still being harrased
and threatened with Violence if I dont drop my
Claims. Im is lock up by myself in a two man
cell right now and one of my Attackers sleeps 15 Feet
Away From me as I write this. I worry that a gang
member is going to be put in the cell with me anyday
now And Kill me for ms. Johnson even though Im

Pg 9

Requesting Protective Custody and have Prior PReA claims in my file and telling everyone here I do not want a Cellmate, Need protection and I need A transfer to another Prison.

✕ Claim #2 ✕

Failure to protect from being violently assaulted with a weapon, assaulted without A weapon, Death threats and Harrassment Violated my 8th Amendment Rights under the United STATes Constitution to be free from Cruel and unusual punishment.

#32) On or About October 9, 2021 I called the Prison Rape Elimination Act number on the wall phone In C-2 Dorm at About 9:00 Am Reporting Ms Johnson for making Racist, discriminating sexual harrassing slurs toward me and threatening to have some type of harm done to me.

#33) She said she wasn't calling anyone for my "Faggott Ass" and to "sit my Gay ass down somewhere" and threatened to "Fix my CRACKER ASS" when I got mad at her for not letting me out the door but had been letting others out all morning long. Surveillance Cameras in C-2 lobby and entrance prove this!

Pg 10

#34) Johnson and I Both have been bumping heads the whole time I have been here and have constantly gotten into Arguments About how she treats the Black inmates better than the whites and shows Blatant Favoritism but it was on this morning I had had enough because of her Attitude and disgusting mouth. She was very Rude to me and basicly called me every "dick sucking faggott ass white Boy in the Book" and if looks could kill ID been dead.

#35) While I was siting on the Table at the entrance of C-2 steady Calling the P.R.E.A Hotline (I must of made 3 or 4 calls in a 30 minute period) Sgt Boyd whom was the Shift Commander and Sgt. on Duty came to the C-2 Door and opened it, looked at me and said whats the problem Between You and me Johnson? I said Im on the phone now making my P.R.E.A statement on her and she is threatening to have inmates beat me up Sgt. Boyd right now cause im calling P.R.E.A. on her in her Face telling on her for making Racist derogatory Remarks towards me! I told him I needed to move cause I didnt feel safe Around her and she said she was gonna "Fix my cracker ass" And have me "Fucked Around" and "Teach my Gay ass a Lesson". Sgt Boyd Just laughed at me and yelled out to the Dorm From the Doorway "I Dont care what yall do to Jacoby Just dont Kill him"!!!

P8"

#36) ~~words~~ SGT. Boyd then Slamed the door shut
Said some words to Johnson in the C-2 Lobby and
left out the dorm! Cameras up in the Lobby prove
this.

#37) A Few minutes later one of her home boy Gangster
Disciple Inmate Friends came into the C-2 Dorm
From E-2 Dorm because she let him in an
unauthorzed Area. She said something to him in the
lobby and she opened the door up to C-2 and let
him in to start Assaulting me with his Fist while I
was siting on the desk using the phone. Antonio
Williams Assaulted me Also and told me to quit
calling P.R.E.A. on her. Ms. Johnson let the E-2
Inmate out the door and I watched them laugh
about it through the window of the door From where
I was siting At. Williams slept in C-2 with me.

#38) This inmates name I do not know but he is sleeping
In B-25 now 15 feet away From me in a two man
cell on this 16th day of December 2021. I've been
trying to point him out and get his name to someone
who cares and wants to do their Job because he
is the same Inmate that kicked me in my Ass
and threatned ~~to~~ Kill me with his knife and swung
it at me on the yard on October 12, 2021 and Keeps
coming up to me threatening to "Kill me" and "Stab me"
IF I dont drop charges, complaints and statements

Against Ms Johnson and some lawsuit he keeps saying I Better Drop but I dont know which one. In Fact he is on the Door now calling me A "Faggott ass snitch", A "Bitch" And telling me he is gonna "Kill me when he sees me"! He's yelling I cant hide nowhere in the system and telling these other inmates I snitched on Ms Johnson and filed a lawsuit on her! How does he know this? I didnt tell him, she must have!

~~#38) On 10-15-2021 at about 10:00am Ct. Johnson~~

#39) Lt Gordy whom is the PREA Compliance Manager never contacted me about my complaints

#40) Christy Vincent Never contacted me About my P.REA complaints. She is the PREA Director.

#41) Between October 9th, 2021 up to October 14th, 2021 I called the P.R.E.A Hotline at least 10 times complaining of Ms Johnson having A Hit on me over calling P.R.E.A. on her and Arguing with her and how I needed protection because inmates were Assaulting me and threatening to kill me with Knives

#42) Between october 9th, 2021 and the 14th of october 2021. I wrote Gordy and Vincent letters About Ms Johnsons disgusting Racist discriminating slurs towards me and how She was gonna have me beat up by Inmates at least 2 or 3 times.

pg 13

But not one single time Did Defendant Gordy and or Vincent try to protect me - In fact they Both deliberately Ignored my pleas for help, an investigation and protection - They Both Failed to protect me and knew of my situation.

#43) After I was spit on, kicked in my Ass and chased with a knife on October 12, 2021 I continued to make paper trails cause I was scared for my life and thought I was gonna die for real. I wrote mental Health, medical and warden McCoy explaining everything Going on with this whole situation pertaining to Ms. Johnson

#44) In Fact on my Grievances you can see where Ms Blackman said she forwarded my Complaints to a Alabama Dept. of. Corr. Supervisor for Investigation on 10-13-2021. See Attached (Exhibit A)

#45) I was Denied Protection on 10-12-2021 by Boyd, he said "aint no Room in Lock up Right now" and Gordy told me "He didnt have time to talk to me Right now"

#46) On or About October 15, 2021 I was

pg 14

Approached by two of Cpt. Danzby's Runners on the Gym Porch and told I needed to Appologize to Ms Johnson, Say I WAS Lieng and drop my complaints on her or she WAS gonna have me Stabed to the Floor because a Hit WAS still on me. I went to my mental Health Appointment immediately After this and got my legal mail all at the same time at the Administraition Building.

#47) I Told Dr Ferrell and mental Health Counselor Ms. Chapman what I had been going through all week with ms Johnson and how I had a hit on me, been assaulted Several times and chased with Knives by gangsters and WAS Just told by Cpt. Danzby's Runners I had A hit still on me and WAS gonna be Stabed to the Floor and Shot Down if I didnt Appologize And drop my complaints.

#48) I Told Both Ferrell and Chapman I was scared, depressed, I couldnt sleep, had bad Anxiety felt hopeless, suicidal and needed protection. Both these deferdants said there WAS nothing they could do to help me and this was "not a Mental Health Issue". I Told them D.O.C. wont Respond to me or help me, Protect me and investigate Anything. I left crying and scared that I WAS gonna die.

pg 15

#49) Roughly 2 hours later After Ferrell and Chapman Refused ~~to Protect~~ me, Put me on Suicide watch and take me to a Supervisor over P.R.E.A. I WAS violently Assaulted, ~~stocks~~ with a Knife and almost choked to death. I was Almost stabbed in my face but my Palm Blocked it casing a stab wound to my hand that needed stitched up and Bandaged and I Recieved 2-lacerations to my neck that needed treatment and Bandaging As well. A Body Chart WAS done by nurser.

#50) I WAS then taken to B-Dorm #2 cell lock up unit pending Investigation.

#51) Attached as (Exhibit A) is Complaints About the Issues. It SAys I Feel "Suicidal" and it SAys I need "protective custody".

#52) Attached as (Exhibit B) is P.R.E.A Related Literature And Alabama Rules and Regulations pertaining to Reporting Harrassment. This is passed out in orientation at Easterling. I did everything this exhibit told me to do But All defendants did Fail to protect me and were all deliberately Indifferent towards my 8th Amendment Right to be Free from Cruel and unusual punishment. Even MS Blackman

Pg 16

Failed to protect me when she easily could have because in my medical complaint I wrote I'm walking around with a knife and feeling suicidal! She was supposed to protect me by puting me on Suicide watch in a observation Cell but failed to do so on October 13 2021.

#53) I'm having Really bad pain in my hand, from stab wound, I'm still having nightmares and bad anxiety, I'm scared for my life, safety and wellbeing here and my life is still in Imminent Danger because defendants Coody, Vincent, McCoy, Boyd, Ferrell, Chapman and Blackman are all still failing to protect me, im still at Easterling prison, A Hit is still out on me and one of my Attackers is 15 feet away from me. These defendents Are also all being deliberately indifferent twards my P.R.E.A. Rights..

Brent William Jacoby #291560
Easterling Correctional Facility
200 Wallace Drive
Clio, Al 36017

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 36017
02 7H
0001310127

$ 000.93⁰

DEC 17 2021

United STATES Middle
District Court State of Alabama
1 Church St. Suite B-110
Montgomery Al 36104-4018